IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LARRY ALLEN, ▮▮▮▮▮ OHN HAYES, RICHARD SIPES and LARRY VANCE,

    Plaintiffs,

v.

ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., ST. JUDE MEDICAL, ATG, INC., ROBERT PATRICK LENAHAN, JR., LOUIS BONILLA, M.D., STACY SANFORD, and METHODIST HEALTHCARE MEMPHIS HOSPITALS,

    Defendants.

No.: ~~05-2656-B-P~~

05-2687-MI P✓

FILED BY

SEP 15 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

### ~~[PROPOSED]~~ ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS ST. JUDE MEDICAL, INC., ST. JUDE MEDICAL S.C., INC., AND ST. JUDE MEDICAL ATG, INC. TO SEVER THE CLAIMS OF THE SEPARATE PLAINTIFFS

This matter is before the Court on motion of Defendants St. Jude Medical, Inc., St. Jude Medical S.C., Inc., and St. Jude Medical ATG, Inc.. Having considered the motion and incorporated memorandum and underlying record, and finding sufficient cause for severing the claims of the separate plaintiffs, the Court hereby **GRANTS** the motion of the St. Jude entities to transfer the case in that manner. The Clerk of Court is hereby instructed to take appropriate action.



This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-23-05

1

SO ORDERED on this _14th_ day of _September_, 2005.

_____
THE HONORABLE ~~JON PHIPPS McCALLA~~ J. Daniel Bree
United States District Judge

Respectfully submitted,

**BURCH, PORTER & JOHNSON,**
**A Professional Limited Liability Co.**

BY: _____
DeWitt M. Shy, Jr. (#5163)
Mary A. Hale (#21878)
130 North Court Avenue
Memphis, Tennessee 38103
T: (901) 524-5000
F: (901) 524-5024

Counsel for St. Jude Medical, Inc., St. Jude Medical, S.C., Inc., St. Jude Medical, ATG, Inc., Robert P. Lenahan, Jr., Luis Bonilla, M.D. and Stacy Sanford

## CERTIFICATE OF SERVICE

I hereby certify that I have forwarded a copy of the foregoing to Berry Cooper, Deal, Cooper & Holton, PLLC, 296 Washington Avenue, Memphis, Tennessee 38103 and Charles C. Harrell, Butler, Snow, O'Mara, Stevens & Cannada, 6075 Poplar Avenue, Suite 500, Memphis, Tennessee 38103 via U.S. Mail, postage prepaid this 9th day of September, 2005.

_____
DeWitt M. Shy, Jr.

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02687 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Elizabeth E. Chance
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Mary Alison Hale
U.S. DISTRICT COURT
167 N. Main St.
Ste. 1111
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Paul Berry Cooper
DEAL, COOPER, & HOLTON, PLLC
296 Washington Ave.
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT