UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

KIM BOYD,

    Plaintiff,

v.

ST. JUDE MEDICAL, INC., ST. JUDE
MEDICAL S.C., INC., ST. JUDE MEDICAL,
ATG, INC., ROBERT PATRICK LENAHAN,
JR., LOUIS BONILLA, M.D., STACY
SANFORD, and METHODIST
HEALTHCARE MEMPHIS HOSPITALS,

    Defendants.

No.: 05-2687-JPM-tmp

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, upon the statements and signatures hereto of counsel, that the matters and things in controversy between the parties have been amicably resolved, and that plaintiff's Complaint against the defendants should be dismissed with prejudice;

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiff's action against the defendants be, and is hereby dismissed with prejudice, each party to bear its own costs.

Dated: Jan. 5, 2006

Jon P. McCalla
United States District Judge

APPROVED:

Dated: December __, 2005

BURCH, PORTER & JOHNSON,
A Professional Limited Liability Company

BY: _____
DeWitt M. Shy, Jr.
130 North Court Avenue
Memphis, Tennessee 38103
T: (901) 524-5000
F: (901) 524-5024

Counsel for St. Jude Medical, Inc., St. Jude Medical S.C., Inc., St. Jude Medical ATG, Inc., Robert P. Lenahan, Jr., Luis Bonilla, M.D. and Stacy Sanford

Dated: December __, 2005

BUTLER, SNOW, O'MARA, STEVENS & CANADA, PLLC

BY: _____ by D. Shy with permission
Charles C. Harrell
Crescent Center, Suite 500
6075 Poplar Avenue
Memphis, Tennessee 38119
T: (901) 680-7200
F: (901) 680-7201

Counsel for Methodist Healthcare Methodist Hospitals

Dated: December 1, 2005

DEAL COOPER HOLTON, PLLC

BY: _____
Berry Cooper, Esq.
296 Washington Avenue
Memphis, TN 38103
T: (901) 523-2222
F: (817) 332-9301

Counsel for Plaintiff